No. 96–5843. BROWN v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 96–5854. STEWART v. TEXAS BOARD OF PARDONS AND PAROLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5855. SANCHEZ v. SANTA CRUZ COUNTY ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5856. RUST ET AL. v. CLARKE ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–5863. WILSON v. MCCLOUD ET AL. C. A. 5th Cir. Certiorari denied.

No. 96–5867. MCCONICO v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 96–5868. ARMENTROUT v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–5870. COTTEN v. CASLER ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–5872. JACKSON v. JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 96–5873. LOWE v. HOLY CROSS HOSPITAL ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 96–5875. MAHAPATRA v. MAHAPATRA (two judgments). App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 96–5879. SMITH v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–5885. SINGLA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–5887. KASHANNEJAD v. PICKETT, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–5901. MARTINEZ v. FEDERAL DEPOSIT INSURANCE CORPORATION ET AL. C. A. 5th Cir. Certiorari denied.